UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD MILTON, JR., | CASE NO. C21-1312JLR |
| Plaintiff, | ORDER |
| v. | |
| COAST PROFESSIONAL, INC., | |
| Defendant. | |

Before the court is Plaintiff Ronald Milton, Jr.'s acceptance of Defendant Coast

Professional, Inc.'s ("Coast") Federal Rule of Civil Procedure 68(a) offer of judgment.

(Not. (Dkt. # 8).)  Coast offered to allow judgment to be taken against it in the amount of

$1,100.00 in damages, plus an additional amount for reasonable attorney's fees and costs

incurred through the date of the offer, to be determined either by agreement of the parties

or by the court if counsel cannot agree.  (Offer (Dkt. # 8-1).)  Mr. Milton timely accepted

Coast's offer of judgment on December 7, 2021.  (Acceptance (Dkt. # 8-2).)  Mr. Milton

now asks the court to enter judgment and to set a deadline of January 28, 2022, to file a

1    motion for attorney's fees and costs in the event the parties are not able to reach an

2    agreement on that amount.  (Not. at 2.)

3            Rule 68(a) provides that if a party serves timely written notice accepting an offer

4    of judgment, "either party may then file the offer and notice of acceptance, plus proof of

5    service."  Fed. R. Civ. P. 68(a).  If this process is followed, the Clerk "must enter

6    judgment."  *Id.*  Accordingly, the court DIRECTS the Clerk to enter judgment in Mr.

7    Milton's favor in the amount of $1,100.00.  (*See* Not.)  Mr. Milton shall file his motion

8    for attorney's fees and costs, if any, by no later than January 28, 2022.

9            Dated this 22nd day of December, 2021.

10

11

12                                            JAMES L. ROBART
                                             United States District Judge

13

14

15

16

17

18

19

20

21

22

ORDER - 2