UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD MILTON, JR., | CASE NO. C21-1312JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| COAST PROFESSIONAL, INC., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff Ronald Milton, Jr.'s status report. (SR (Dkt. # 11).) On December 21, 2021, Mr. Milton filed a notice that he had accepted Defendant Coast Professional, Inc.'s offer of judgment pursuant to Federal Rule of Civil Procedure 68 and asked the court to set a deadline of January 28, 2022, to file a motion for attorney's fees and costs. (Not. (Dkt. 8).) The court entered judgment and directed Mr. Milton to file his motion, if any, by that deadline. (12/22/21 Order (Dkt. # 9); J. (Dkt. # 10).)

MINUTE ORDER - 1

Mr. Milton now informs the court that a motion for attorney's fees and costs is no longer necessary because the parties have resolved this issue. (SR at 2.) He asks the court to allow him an additional thirty days "to consummate the settlement and to file a satisfaction of judgment." (*Id.*) The court GRANTS Mr. Milton's request. Mr. Milton shall file a satisfaction of judgment by February 28, 2022.

Filed and entered this 28th day of January, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2